PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Haleh Shekarchian, Esq., SBN 158449<br>Law Offices of Haleh Shekarchian<br>5440 Santa Monica Boulevard<br>Suite 707<br>Beverly Hills, California 90210<br>TELEPHONE NO: (310) 271-2121   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Andre Grine | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>MAY 23 2018<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Glorietta Robinson, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles California 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: ANDRE GRINE, an individual

DEFENDANT: PHILLIPS 66 COMPANY, a business entity form unknown; and

[x] DOES 1 TO 50, Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE     [x] OTHER (specify): General Negligence
[ ] Property Damage   [ ] Wrongful Death
[x] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded  [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: BC707382

1. **Plaintiff** (name or names): Andre Grine, an individual

    alleges causes of action against **defendant** (name or names): Phillips 66 Company, a business entity form unknown

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
    a. [ ] except plaintiff (name):
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity (describe):
        (3) [ ] a public entity (describe):
        (4) [ ] a minor  [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other (specify):
        (5) [ ] other (specify):

    b. [ ] except plaintiff (name):
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity (describe):
        (3) [ ] a public entity (describe):
        (4) [ ] a minor  [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other (specify):
        (5) [ ] other (specify):

    [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Legal Solutions Plus

Code of Civil Procedure, § 425.12

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Andre Grine v. Phillips 66 Company, et. al. | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Phillips 66 Company
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-30 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 20-50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Andre Grine v. Phillips 66 Company, et. al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify):*
       Costs of suit; any other and further relief as the Court deems just and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    All

Date: May 21, 2018

Haleh Shekarchian, Esq.
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| SHORT TITLE: Andre Grine v. Phillips 66 Company, et. al. | NUMBER: |

First **CAUSE OF ACTION—General Negligence** Page 4
(number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Andre Grine

alleges that defendant *(name)*: Phillips 66 Company, a business entity form unknown

[✓] Does 1 to 50, Inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: August 24, 2016
at *(place)*: Los Angeles Refinery, Phillips 66, 1660 W Anaheim St, Wilmington, CA 90744

*(description of reasons for liability):*

Plaintiff was working on the above-referenced premises performing UT inspections on tanks with a manlift when the manlift jolted and the basket plaintiff was in moved/tilted upward at an angle, the manlift platform was caused to be on two wheels instead of four, causing plaintiff to strike the basket and causing injuries and damages to plaintiff. Defendants and each of them negligently provided circumstances and/or a work area and/or environment and equipment for plaintiff's work as set forth herein. Defendants and each of them owner and maintained the manlift being operated by Plaintiff at the time of the accident. Plaintiff was operating the manlift with the permission of Defendants and each of them. Plaintiff alleges that Defendants Phillips 66 Company and DOES 1 through 50, Inclusive were supposed to inspect, maintain and/or repair the manlift involved in this incident and negligently did so. Plaintiff alleges that Defendants Phillips 66 Company and DOES 1 through 50, Inclusive were negligent in the inspection, maintenance and/or repair of that manlift such that this incident involving plaintiff occurred and/or modified the manlift in such a manner that this incident occurred. Plaintiff is informed and believe that the manlift in question had prior issues including but not limited to the following: with its hydraulic system, the basket "jumping", with the joystick getting stuck, buttons, and that the manlift had prior issues with not stopping when it was supposed to stop.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov