Ronald Specter, Esq. (SBN: 118417)
VALINOTI, SPECTER & DITO, LLP
5000 Birch Street, Suite 3000
Newport Beach, California 92660
Telephone:  (949) 833-9400
Facsimile:  (949) 833-9425
Email: rspecter@specterlaw.com
Attorneys for Defendant,
PHILLIPS 66 COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE GRINE,<br><br>              Plaintiff,<br><br>v.<br><br>PHILLIPS 66 COMPANY, and DOES 1 to 50, Inclusive,<br><br>              Defendants. | Case No.: 2:19-cv-05018 MWF (RAOx)<br><br>**ORDER OF DISMISSAL (WITH PREJUDICE)** |

The Court, having considered the Joint Motion for Dismissal (with prejudice), hereby GRANTS the Motion. The entire action is hereby dismissed, with prejudice, and each party shall bear his/its own costs and attorneys' fees. Additionally, any and all claims and causes of action arising out of the incident described in the Complaint are fully released and forever discharged by Grine.

**IT IS SO ORDERED.**

DATED: October 9, 2020

_/s/ Michael W. Fitzgerald_
Hon. Michael W. Fitzgerald
U.S. DISTRICT COURT JUDGE

1